UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ULBER ANDRAES GARCIA RAMIREZ, | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL NO.: 2:26-cv-00020-SDN |
| DERRICK STAMPER, et al., | ) | |
| Respondents. | ) | |

# JUDGMENT

Pursuant to the Order entered by U.S. District Judge Stacey D. Neumann, on January 17, 2026, and the subsuequent Status Report filed by the Respondents, on March 13, 2026;

The Petition for Writ of Habeas Corpus is granted.

Jennifer P. Lyons, Clerk

By: /s/ Meghan York
Deputy Clerk

Dated: March 16, 2026